FILED

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

2011 JAN 26 P 2:54

IN RE APPLICATION OF THE UNITED
STATES OF AMERICA FOR AN ORDER
PURSUANT TO 18 U.S.C. § 2703(d)

Misc. No. 10GJ3793

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

## DECLARATION OF ADEN J. FINE IN SUPPORT OF MOTION TO UNSEAL

I, Aden J. Fine, hereby declare and state as follows:

1. I am a senior staff attorney at the American Civil Liberties Union Foundation, 125 Broad St., 18th Floor, New York, NY 10004, and am co-counsel for real party in interest Birgitta Jonsdottir.

2. This declaration is submitted in support of the Motion of Real Parties in Interest Jacob Appelbaum, Rop Gonggrijp, and Birgitta Jonsdottir for Unsealing of Sealed Court Records and Memorandum of Points and Authorities in Support Thereof.

3. Attached as Exhibit A hereto is a true and correct copy of the Order Pursuant to 18 U.S.C. § 2703(d) issued by the Court, dated December 14, 2010.

4. Attached as Exhibit B hereto is a true and correct copy of the Order to Unseal the Order Pursuant to 18 U.S.C. § 2703(d) issued by the Court, dated January 5, 2011.

5. Attached as Exhibit C hereto is a true and correct copy of a January 7, 2011 email from Twitter to Birgitta Jonsdottir.

6. Attached as Exhibit D hereto is a true and correct copy of a decision adopted by the Committee on the Human Rights of Parliamentarians of the Inter-Parliamentary Union during its session from January 17-20, 2011.

7. Attached as Exhibit E hereto is a true and correct copy of a letter, dated January 12, 2011, from the Acting Permanent Secretary of State of Iceland.

Pursuant to 28 U.S.C. § 1746, I hereby declare and state under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on January 26, 2011

ADEN J. FINE