```
Court Name: United States District Court
Division: 1
Receipt Number: 14683019053
Cashier ID: rbroaden
Transaction Date: 01/26/2011
Payer Name: CINDY COHN

PRO HOC VICE
 For: CINDY COHN
 Case/Party: D-VAE-1-11-CR-PROHAC-001
 Amount:        $50.00

CHECK
 Remitter: ELECTRONIC FOUNDATION
 Check/Money Order Num: 8266
 Amt Tendered: $50.00

Total Due:      $50.00
Total Tendered: $50.00
Change Amt:     $0.00

PRO HAC VICE
10GJ3793
CINDY COHN
```