```
Court Name: United States District Court
Division: 1
Receipt Number: 14683019055
Cashier ID: rbroaden
Transaction Date: 01/26/2011
Payer Name: KEVIN BANKSTON
------------------------------------------
PRO HAC VICE
 For: KEVIN BANKSTON
 Case/Party: D-VAE-1-11-CR-PROHAC-001
 Amount:        $50.00
------------------------------------------
CHECK
 Remitter: ELECTRONIC FOUNDATION
 Check/Money Order Num: 8269
 Amt Tendered: $50.00
------------------------------------------
Total Due:      $50.00
Total Tendered: $50.00
Change Amt:     $0.00

PRO HAC VICE

10GJ3793
KEVIN BANKSTON
```