```
Court Name: United States District Court
Division: 1
Receipt Number: 14683019056
Cashier ID: rbroaden
Transaction Date: 01/26/2011
Payer Name: TZE TIEN

PRO HAC VICE
 For: TZE TIEN
 Case/Party: D-VAE-1-11-CR-PROHAC-001
 Amount:       $50.00

CHECK
 Remitter: ELECTRONIC FOUNDATION
 Check/Money Order Num: 8265
 Amt Tendered: $50.00

Total Due:       $50.00
Total Tendered:  $50.00
Change Amt:      $0.00

PRO HAC VICE
10FGJ3793
TZE TIEN
```