IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA



FILED JAN 28 2011 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __10GJ3793__, Case Name __In re Application of the U.S. for an Order...__
Party Represented by Applicant: __Birgitta Jonsdottir__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __Benjamin Todd SIRACUSA HILLMAN__
Bar Identification Number __NY 4699013__ State __New York__
Firm Name __American Civil Liberties Union Foundation__
Firm Phone # __(212) 549-2500__ Direct Dial # __(212) 549-2604__ FAX # __(212) 549-2652__
E-Mail Address __bsiracusahillman@aclu.org__
Office Mailing Address __125 Broad St., 18th Floor, New York, NY 10004__

Name(s) of federal court(s) in which I have been admitted __Ninth Circuit; S.D.N.Y.; E.D.N.Y.__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_(Applicant's Signature)_

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature) __Rebecca K Glenberg__     (Date) __1/20/11__
(Typed or Printed Name) __Rebecca K. Glenberg__     (VA Bar Number) __44099__

Court Use Only:

Clerk's Fee Paid __✓__ or Exemption Granted _____

The motion for admission is GRANTED __✓__ or DENIED _____

__1/28/11__
(Judge's Signature)

/s/
Theresa Carroll Buchanan
United States Magistrate Judge