```
Court Name: United States District Court
Division: 1
Receipt Number: 14683019057
Cashier ID: rbroaden
Transaction Date: 01/26/2011
Payer Name: BENJAMIN HILLMAN
------------------------------------
PRO HOC VICE
 For: BENJAMIN HILLMAN
 Case/Party: D-VAE-1-11-CR-PROHAC-001
 Amount:       $50.00
------------------------------------
CHECK
 Remitter: AM CIVIL LIBERTIES
 Check/Money Order Num: 10806
 Amt Tendered: $50.00
------------------------------------
Total Due:      $50.00
Total Tendered: $50.00
Change Amt:      $0.00

PRO HAC VICE

10GJ3793
BENJAMIN HILLMAN
```