```
Court Name: United States District Court
Division: 1
Receipt Number: 14683019058
Cashier ID: rbroaden
Transaction Date: 01/26/2011
Payer Name: ADEN FINE
```
---
PRO HOC VICE
 For: ADEN FINE
 Case/Party: D-VAE-1-11-CR-PROHAC-001
 Amount:     $50.00

---
CHECK
 Remitter: AM CIVIL LIBERTIES
 Check/Money Order Num: 10805
 Amt Tendered: $50.00

---
Total Due:      $50.00
Total Tendered: $50.00
Change Amt:     $0.00

PRO HAC VICE
10GJ3793
ADEN FINE