FILED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

2011 JAN 31 P 2:53

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. § 2703(d) | MISC NO. 10-4 10GJ3703<br><br>UNDER SEAL<br>1:11-DM-3 |

## NOTICE OF HEARING

Please take note that the Parties seek to docket the attached motions, previously filed on January 26, 2011, to be heard on February 15, 2011, at 10:30 a.m., or as soon thereafter as the Parties may be heard.

_____
Stuart Sears, VSB No. 71436
ZWERLING, LEIBIG & MOSELEY, P.C.
108 North Alfred Street
Alexandria, VA  22314
Telephone:    (703) 684-8000
Facsimile:      (703) 684-9700
Email:  Stuart@Zwerling.com