UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Misc. No. 1:11dm00003 |
| JACOB APPELBAUM, et al., | ) |
| Defendants. | ) |

ORDER

THIS MATTER is before the Court *sua sponte*. It is hereby

ORDERED that all pleadings previously or subsequently filed in this case, except those specifically unsealed by Court order on February 7, 2011, shall remain sealed until further order of the Court.

ENTERED this 9th day of February, 2011.

_____/s/_____
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia