UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Misc. No. 1:11dm00003 |
| JACOB APPELBAUM, et al., | ) |
| Defendants. | ) |

ORDER

THIS MATTER is before the Court *sua sponte*. It is hereby

ORDERED that this Court's Order of February 7, 2011 (Dkt. 23) shall be unsealed.

ENTERED this 10th day of February, 2011

/s/
_____
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia