IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | *FILED UNDER SEAL* |
| | : | *PER 02/09/11 ORDER* |
| v. | : | Misc. No. 1:11dm00003 |
| | : | (TCB) |
| JACOB APPELBAUM, *et al.*, | : | |
| Defendants. | : | |

## MOTION FOR LEAVE TO FILE AN *AMICUS* BRIEF IN THIS MATTER

COMES NOW the INTER-PARLIAMENTARY UNION, by counsel, and for its motion for leave to file an *Amicus* brief in this matter it states as follows:

Pursuant to the inherent powers of this Court, the INTER-PARLIAMENTARY UNION hereby moves this Court for the entry of an order granting it leave to file an *Amicus* brief in this matter, as more fully stated in its Memorandum in Support filed herewith, and for such other and further relief as this Court may determine to be appropriate.

Respectfully submitted,

INTER-PARLIAMENTARY UNION

By Counsel

LAW OFFICES
WILLIAM B.
CUMMINGS, PC
ALEXANDRIA, VA 22314

MAILING ADDRESS:
P.O. BOX 1177
ALEXANDRIA, VA 22313

(703) 836-7997
Fax: (703) 836-0238

WILLIAM B. CUMMINGS, ESQUIRE
VSB #6469
Attorney for the INTER-PARLIAMENTARY UNION
WILLIAM B. CUMMINGS, P.C.
Post Office Box 1177
Alexandria, VA 22313
(703) 836-7997
FAX (703) 836-0238
Email: wbcpclaw@aol.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on the 14th day of February, 2011, I hand-filed the foregoing, under seal, with the Clerk of the Court and sent a true copy of the same via e-mail to the following:

>John S. Davis, Esquire
>Assistant U.S. Attorney
>600 East Main Street, Suite 1800
>Richmond, VA 23219-2447
>John.S.Davis2@usdoj.gov

>John K. Zwerling, Esquire, *et al.*
>Counsel for Defendant Jacob Appelbaum
>108 North Alfred Street
>Alexandria, VA 22314
>JZ@Zwerling.com

>Nina J. Ginsburg, Esquire, *et al.*
>Counsel for Defendant Rop Gonggrijp
>908 King Street, Suite 200
>Alexandria, VA 22314
>Nginsberg@dimuro.com

>Rebecca K. Glenberg, Esquire, *et al.*
>Counsel for Defendant Birgitta Jonsdottir
>530 East Main Street, Suite 310
>Richmond, VA 23219
>rglenberg@acluva.org

2

_____
WILLIAM B. CUMMINGS, ESQUIRE
VSB #6469
Attorney for the INTER-PARLIAMENTARY UNION
WILLIAM B. CUMMINGS, P.C.
Post Office Box 1177
Alexandria, VA 22313
(703) 836-7997
FAX (703) 836-0238
Email: wbcpclaw@aol.com