IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | ***FILED UNDER SEAL*** |
| Plaintiff, : | ***PER 02/09/11 ORDER*** |
| : | |
| v. : | Misc. No. 1:11dm00003 |
| : | (TCB) |
| JACOB APPELBAUM, *et al*., : | |
| : | |
| Defendants. : | |

## NOTICE OF MOTION FOR LEAVE TO FILE
## AN *AMICUS* BRIEF IN THIS MATTER

TAKE NOTICE that on Tuesday, February 15, 2011, as soon as counsel may be

heard, the INTER-PARLIAMENTARY UNION, by counsel, will make its motion for

leave to file an *Amicus* brief in this matter, at which time you may appear and be heard.

Respectfully submitted,

INTER-PARLIAMENTARY UNION

By Counsel

WILLIAM B. CUMMINGS, ESQUIRE
VSB #6469
Attorney for the INTER-PARLIAMENTARY UNION
WILLIAM B. CUMMINGS, P.C.
Post Office Box 1177
Alexandria, VA 22313
(703) 836-7997
FAX (703) 836-0238
Email: wbcpclaw@aol.com

LAW OFFICES
WILLIAM B.
CUMMINGS, PC
ALEXANDRIA, VA 22314

MAILING ADDRESS:
P.O. BOX 1177
ALEXANDRIA, VA 22313

(703) 836-7997
FAX: (703) 836-0238

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on the 14th day of February, 2011, I hand-filed the foregoing, under seal, with the Clerk of the Court and sent a true copy of the same via e-mail to the following:

John S. Davis, Esquire
Assistant U.S. Attorney
600 East Main Street, Suite 1800
Richmond, VA 23219-2447
John.S.Davis2@usdoj.gov

John K. Zwerling, Esquire, *et al.*
Counsel for Defendant Jacob Appelbaum
108 North Alfred Street
Alexandria, VA 22314
JZ@Zwerling.com

Nina J. Ginsburg, Esquire, *et al.*
Counsel for Defendant Rop Gonggrijp
908 King Street, Suite 200
Alexandria, VA 22314
Nginsberg@dimuro.com

Rebecca K. Glenberg, Esquire, *et al.*
Counsel for Defendant Birgitta Jonsdottir
530 East Main Street, Suite 310
Richmond, VA 23219
rglenberg@acluva.org

WILLIAM B. CUMMINGS, ESQUIRE
VSB #6469
Attorney for the INTER-PARLIAMENTARY UNION
WILLIAM B. CUMMINGS, P.C.
Post Office Box 1177
Alexandria, VA 22313
(703) 836-7997
FAX (703) 836-0238
Email: wbcpclaw@aol.com

2