IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | ***FILED UNDER SEAL*** |
| Plaintiff, | : | ***PER 02/09/11 ORDER*** |
| | : | |
| v. | : | Misc. No. 1:11dm00003 |
| | : | (TCB) |
| JACOB APPELBAUM, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

This matter is before the Court on the motion filed under seal herein by the INTER-PARLIAMENTARY UNION for leave to file an *Amicus* brief in this matter and,

IT APPEARING TO THE COURT that the motion should be granted, and

FOR GOOD CAUSE SHOWN,

IT IS hereby ORDERED that the motion filed under seal herein by the INTER-PARLIAMENTARY UNION for leave to file an *Amicus* brief in this matter should be and hereby is GRANTED.

February \_\_\_\_, 2011
Alexandria, Virginia