IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, : | *FILED UNDER SEAL* |
| Plaintiff, : | *PER 02/09/11 ORDER* |
| v. : | Misc. No. 1:11dm00003 |
| : | (TCB) |
| JACOB APPELBAUM, *et al.*, : | |
| Defendants. : | |

### NOTICE OF MOTION FOR LEAVE TO FILE AN *AMICUS* BRIEF IN THIS MATTER

TAKE NOTICE that on Tuesday, February 15, 2011, as soon as counsel may be heard, the INTER-PARLIAMENTARY UNION, by counsel, will make its motion for leave to file an *Amicus* brief in this matter, at which time you may appear and be heard.

Respectfully submitted,

INTER-PARLIAMENTARY UNION

By Counsel

WILLIAM B. CUMMINGS, ESQUIRE
VSB #6469
Attorney for the INTER-PARLIAMENTARY UNION
WILLIAM B. CUMMINGS, P.C.
Post Office Box 1177
Alexandria, VA 22313
(703) 836-7997
FAX (703) 836-0238
Email: wbcpclaw@aol.com

LAW OFFICES
WILLIAM B.
CUMMINGS, PC
ALEXANDRIA, VA 22314

MAILING ADDRESS:
P.O. BOX 1177
ALEXANDRIA, VA 22313

(703) 836-7997
Fax: (703) 836-0238

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on the 14th day of February, 2011, I hand-filed the foregoing, under seal, with the Clerk of the Court and sent a true copy of the same via e-mail to the following:

        John S. Davis, Esquire
        Assistant U.S. Attorney
        600 East Main Street, Suite 1800
        Richmond, VA 23219-2447
        John.S.Davis2@usdoj.gov

        John K. Zwerling, Esquire, *et al.*
        Counsel for Defendant Jacob Appelbaum
        108 North Alfred Street
        Alexandria, VA 22314
        JZ@Zwerling.com

        Nina J. Ginsburg, Esquire, *et al.*
        Counsel for Defendant Rop Gonggrijp
        908 King Street, Suite 200
        Alexandria, VA 22314
        Nginsberg@dimuro.com

        Rebecca K. Glenberg, Esquire, *et al.*
        Counsel for Defendant Birgitta Jonsdottir
        530 East Main Street, Suite 310
        Richmond, VA 23219
        rglenberg@acluva.org

        _____
        WILLIAM B. CUMMINGS, ESQUIRE
        VSB #6469
        Attorney for the INTER-PARLIAMENTARY UNION
        WILLIAM B. CUMMINGS, P.C.
        Post Office Box 1177
        Alexandria, VA 22313
        (703) 836-7997
        FAX (703) 836-0238
        Email: wbcpclaw@aol.com