UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Misc. No. 1:11dm00003 |
| JACOB APPELBAUM, et al., | ) |
| Defendants. | ) |

ORDER

THIS MATTER came before the Court on Inter-Parliamentary Union's Motion for Leave to File an Amicus Brief. (Dkt. 31). It is hereby

ORDERED that the motion is GRANTED.

ENTERED this 14th day of February, 2011.

/s/
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia