FILED
MAR 31 2011
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __1:11-DM-003__, Case Name __In Re Appelbaum, Jonsdottir and Gonggrijp__
Party Represented by Applicant: ~~Amici~~ Amicus Curiae ~~Marc~~ Steven M. Bellovin, PhD, et al

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __Thomas Edward Moore III__
Bar Identification Number __115107__ State __California__
Firm Name __The Moore Law Team__
Firm Phone # __650-798-5352__ Direct Dial # __650-798-5354__ FAX # __650-798-5001__
E-Mail Address __tmoore@moorelawteam.com__
Office Mailing Address __228 Hamilton Ave., 3d Fl., Palo Alto, CA 94301__

Name(s) of federal court(s) in which I have been admitted __N.D. Cal., E.D. Cal., C.D. Cal., S.D. Cal., 9th Cir., Fed. Cir.__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ___ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

__(Applicant's Signature)__

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

__(Signature)__ __29 March 2011__ (Date)
__Marvin D. Miller__ (Typed or Printed Name) __VSB 1101__ (VA Bar Number)

Court Use Only:
Clerk's Fee Paid __JAL ✓__ or Exemption Granted __✓__
The motion for admission is GRANTED __✓__ or DENIED _____

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

3/31/11 (Date)