```
Court Name: United States District Court
Division: 1
Receipt Number: 14683020483
Cashier ID: sbrown
Transaction Date: 03/30/2011
Payer Name: THOMAS EDWARD MOORE III
------------------------------------
PRO HOC VICE
 For: THOMAS EDWARD MOORE III
 Case/Party: D-VAE-1-11-CR-PROHAC-001
 Amount:         $50.00
------------------------------------
CHECK
 Remitter: LAW OFFICE OF MARVIN D MILLER
 Check/Money Order Num: 2194
 Amt Tendered:   $50.00
------------------------------------
Total Due:       $50.00
Total Tendered:  $50.00
Change Amt:      $0.00

PROHAC

THOMAS EDWARD MOORE III
111DM003
```