```
            IN THE UNITED STATES DISTRICT COURT FOR THE
                    EASTERN DISTRICT OF VIRGINIA
                         Alexandria Division
```

|  |  |  |
|---|---|---|
| In Re: §2703(d) Order; 10GJ3793 | ) ) ) ) ) ) ) ) ) ) ) ) | Miscellaneous No. 1:11dm00003 |

<u>ORDER</u>

THIS MATTER remained under consideration as to the issue of docketing the material in case number 10-gj-3793.

UPON REVIEW of the pleadings and upon further review and consideration of the Clerk's Office procedures, it is hereby

ORDERED that case 10-gj-3793 is hereby transferred to new case 1:11-ec-3, which shall remain under seal except as to the previously unsealed §2703(d) Order of December 14, 2010 ("Twitter Order"), and docketed on the running list in the usual manner.

ENTERED this 4th day of May, 2011.

```
                              _____/s/_____
                              THERESA CARROLL BUCHANAN
                              UNITED STATES MAGISTRATE JUDGE
```

Alexandria, Virginia