

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria, Virginia

In Re: §2703(d) Order; 10GJ3793 ) Miscellaneous No. 1:11dm00003

## ORDER

THIS COURT had taken under consideration Defendants' Motion for Unsealing of Sealed Court Records (Dkt. 3). The Motion remained under consideration as to the issue of individual docketing of other sealed materials not addressed by the Court's order of May 4, 2011 (Dkt. 57). For the reasons state in the accompanying Memorandum Opinion, it is hereby

ORDERED that Defendants' Motion is DENIED as to the remaining issue.

ENTERED this 1st day of June, 2011.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

June 1, 2011
Alexandria, Virginia