UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. § 2703(d) | Misc. No. 10GJ3793<br>No. 1:11DM3<br>No. 1:11EC3 |

**AMENDED NOTICE OF MOTION**

Please take notice that on Friday, September 2, 2011 at 10:00 a.m., or on any other date that is convenient to the Court and the parties, real parties in interest Jacob Appelbaum, Birgitta Jonsdottir, and Rop Gonggrijp will move this Court for hearing on their Objections to the Magistrate's June 1, 2011 Order on Public Docketing (Dkt. No. 64) and their Objections to the Magistrate's May 4, 2011 Order on Public Docketing (Dkt. No. 58).

Dated: July 13, 2011

By: /s/ Rebecca K. Glenberg_____
Rebecca K. Glenberg, VSB No. 44099
AMERICAN CIVIL LIBERTIES UNION
  OF VIRGINIA FOUNDATION, INC.
530 E. Main Street, Suite 310
Richmond, VA 23219
Telephone:    804.644.8080
Facsimile:     804.649.2733
Email: rglenberg@acluva.org

Aden J. Fine (admitted *pro hac vice*)
Benjamin Siracusa Hillman (admitted *pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone:    212.549.2500
Facsimile:     212.549.2651
Email: afine@aclu.org
Email: bsiracusahillman@aclu.org

Cindy A. Cohn (admitted *pro hac vice*)
Lee Tien (admitted *pro hac vice*)
Kevin S. Bankston (admitted *pro hac vice*)
Marcia Hofmann (admitted *pro hac vice*)
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: 415.436.9333 x108
Facsimile: 415 436.9993
Email: cindy@eff.org
Email: tien@eff.org
Email: bankston@eff.org
Email: marcia@eff.org

Jonathan Shapiro
GREENSPUN, SHAPIRO, DAVIS
  &amp; LEARY, P.C.
3955 Chain Bridge Road
Second Floor
Fairfax, VA 22030
Telephone: 703.352.0100
Facsimile: 703.591.7268
Email: js@greenspunlaw.com

**Attorneys for BIRGITTA JONSDOTTIR**

| | |
|---|---|
| Dated: July 13, 2011 | By: /s/ John K. Zwerling<br>John K. Zwerling, VSB No. 8201<br>Stuart Sears, VSB No. 71436<br>ZWERLING, LEIBIG & MOSELEY, P.C.<br>108 North Alfred Street<br>Alexandria, VA 22314<br>Telephone:  703.684.8000<br>Facsimile:  703.684.9700<br>Email: JZ@Zwerling.com<br>Email: Chris@Zwerling.com<br>Email: Andrea@Zwerling.com<br>Email: Stuart@Zwerling.com<br><br>John W. Keker (admitted *pro hac vice*)<br>Rachael E. Meny (admitted *pro hac vice*)<br>Steven P. Ragland (admitted *pro hac vice*)<br>KEKER & VAN NEST LLP<br>710 Sansome Street<br>San Francisco, CA 94111-1704<br>Telephone:  415.391.5400<br>Facsimile:  415.397.7188<br>Email: jkeker@kvn.com<br>Email: rmeny@kvn.com<br>Email: sragland@kvn.com<br><br>**Attorneys for JACOB APPELBAUM** |

3

Dated: July 13, 2011

By: /s/ Nina J. Ginsberg
Nina J. Ginsberg, VSB No. 19472
DIMUROGINSBERG, P.C.
908 King Street, Suite 200
Alexandria, VA 22314
Telephone:  703.684.4333
Facsimile:  703.548.3181
Email: nginsberg@dimuro.com

John D. Cline (admitted *pro hac vice*)
LAW OFFICE OF JOHN D. CLINE
115 Sansome Street, Suite 1204
San Francisco, CA 94104
Telephone:  415.322.8319
Facsimile:  415.524.8265
Email: cline@johndclinelaw.com

K.C. Maxwell (admitted *pro hac vice*)
LAW OFFICE OF K.C. MAXWELL
115 Sansome Street, Suite 1204
San Francisco, CA 94104
Telephone:  415.322.8817
Facsimile:  415.888.2372
Email: kcm@kcmaxlaw.com

**Attorneys for ROP GONGGRIJP**

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 13th day of July, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following counsel of record:

    John S. Davis
    Tracy D. McCormick
    Andrew Peterson
    U.S. Attorney's Office
    2100 Jamieson Avenue
    Alexandria, VA 22314

    John K. Zwerling, VSB No. 8201
    Stuart Sears, VSB No. 71436
    ZWERLING, LEIBIG & MOSELEY, P.C.
    108 North Alfred Street
    Alexandria, VA 22314
    Telephone: (703) 684-8000
    Facsimile: (703) 684-9700
    Email: JZ@Zwerling.com
    Email: Stuart@Zwerling.com

    Jonathan Shapiro
    GREENSPUN, SHAPIRO, DAVIS
     & LEARY, P.C.
    3955 Chain Bridge Road
    Second Floor
    Fairfax, VA 22030
    Telephone: (703) 352-0100
    Facsimile: (703) 591-7268
    Email: js@greenspunlaw.com

    Nina J. Ginsberg, VSB No. 19472
    DIMUROGINSBERG, P.C.
    908 King Street, Suite 200
    Alexandria, VA 22314
    Telephone: 703.684.4333
    Facsimile: 703.548.3181
    Email: nginsberg@dimuro.com

    John K. Roche

PERKINS COIE, LLP
700 13th Street, N.W., Suite 600
Washington, DC 20005
Telephone: 202-654-6200
Facsimile: 202-654-6211
Email: jroche@perkinscoie.com

Marvin David Miller
1203 Duke Street
The Gorham House
Alexandria, VA 22314
Telephone: (703) 548-5000
Email: katherine@marvinmilleratlaw.com

I also certify that on this 13th day of July, 2011, I caused the following party to be served by first-class United States mail:

Christopher Soghoian (*pro se)*
Graduate Fellow, Center for Applied Cybersecurity Research
Indiana University
P.O. Box 2266
Washington, DC 20013
Telephone: 617-308-6368

By: /s/ Rebecca K. Glenberg_____
Rebecca K. Glenberg, VSB No. 44099
AMERICAN CIVIL LIBERTIES UNION
  OF VIRGINIA FOUNDATION, INC.
530 E. Main Street, Suite 310
Richmond, VA 23219
Telephone: 804.644.8080
Facsimile: 804.649.2733
Email: rglenberg@acluva.org