UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. § 2703(d) | Misc. No. 10GJ3793<br>No. 1:11DM3<br>No. 1:11EC3 |

**MOTION TO WITHDRAW APPEARANCE OF BENJAMIN T. SIRACUSA HILLMAN**

Pursuant to Local Civil Rule 83.1(G) and Local Criminal Rule 57.4(G), counsel to real party in interest Birgitta Jonsdottir hereby moves to withdraw the appearance of Benjamin T. Siracusa Hillman as co-counsel, as he will be leaving the American Civil Liberties Union Foundation effective August 18, 2011.  Ms. Jonsdottir will continue to be represented by ACLU of Virginia attorney Rebecca Glenberg; ACLU attorney Aden J. Fine; Electronic Frontier Foundation attorneys Cindy Cohn, Lee Tien, Kevin Bankston, and Marcia Hoffman; and attorney Jonathan Shapiro.  No party will be prejudiced by his withdrawal.

Dated: August 18, 2011

By:  /s/ Rebecca K. Glenberg
Rebecca K. Glenberg, VSB No. 44099
AMERICAN CIVIL LIBERTIES UNION
  OF VIRGINIA FOUNDATION, INC.
530 E. Main Street, Suite 310
Richmond, VA 23219
Telephone:    804.644.8080
Facsimile:    804.649.2733
Email: rglenberg@acluva.org

Aden J. Fine (admitted *pro hac vice*)
Benjamin Siracusa Hillman (admitted *pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION
125 Broad Street, 18th Floor

1

New York, NY 10004
Telephone: 212.549.2500
Facsimile: 212.549.2651
Email: afine@aclu.org
Email: bsiracusahillman@aclu.org

Cindy A. Cohn (admitted *pro hac vice*)
Lee Tien (admitted *pro hac vice*)
Kevin S. Bankston (admitted *pro hac vice*)
Marcia Hofmann (admitted *pro hac vice*)
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: 415.436.9333 x108
Facsimile: 415 436.9993
Email: cindy@eff.org
Email: tien@eff.org
Email: bankston@eff.org
Email: marcia@eff.org

Jonathan Shapiro
GREENSPUN, SHAPIRO, DAVIS
   & LEARY, P.C.
3955 Chain Bridge Road
Second Floor
Fairfax, VA 22030
Telephone: 703.352.0100
Facsimile: 703.591.7268
Email: js@greenspunlaw.com

**Attorneys for BIRGITTA JONSDOTTIR**

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 18th day of August, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following counsel of record:

    Tracy D. McCormick
    Andrew Peterson
    U.S. Attorney's Office
    2100 Jamieson Avenue
    Alexandria, VA 22314
    Telephone: 703-299-3175
    Email: tracy.mccormick@usdoj.gov

    John K. Zwerling, VSB No. 8201
    Stuart Sears, VSB No. 71436
    ZWERLING, LEIBIG & MOSELEY, P.C.
    108 North Alfred Street
    Alexandria, VA 22314
    Telephone: (703) 684-8000
    Facsimile: (703) 684-9700
    Email: JZ@Zwerling.com
    Email: Stuart@Zwerling.com

    Jonathan Shapiro
    GREENSPUN, SHAPIRO, DAVIS
     & LEARY, P.C.
    3955 Chain Bridge Road
    Second Floor
    Fairfax, VA 22030
    Telephone: (703) 352-0100
    Facsimile: (703) 591-7268
    Email: js@greenspunlaw.com

    Nina J. Ginsberg, VSB No. 19472
    DIMUROGINSBERG, P.C.
    908 King Street, Suite 200
    Alexandria, VA 22314
    Telephone: 703.684.4333
    Facsimile: 703.548.3181
    Email: nginsberg@dimuro.com

        John K. Roche
        PERKINS COIE, LLP
        700 13th Street, N.W., Suite 600
        Washington, DC 20005
        Telephone: 202-654-6200
        Facsimile: 202-654-6211
        Email: jroche@perkinscoie.com

        Marvin David Miller
        1203 Duke Street
        The Gorham House
        Alexandria, VA 22314
        Telephone: (703) 548-5000
        Email: katherine@marvinmilleratlaw.com

I also certify that on this 18th day of August, 2011, I caused the following party to be served by first-class United States mail:

        Christopher Soghoian (*pro se)*
        Graduate Fellow, Center for Applied Cybersecurity Research
        Indiana University
        P.O. Box 2266
        Washington, DC 20013
        Telephone: 617-308-6368

        By: /s/ Rebecca K. Glenberg_____
        Rebecca K. Glenberg, VSB No. 44099
        AMERICAN CIVIL LIBERTIES UNION
          OF VIRGINIA FOUNDATION, INC.
        530 E. Main Street, Suite 310
        Richmond, VA 23219
        Telephone:  804.644.8080
        Facsimile:   804.649.2733
        Email: rglenberg@acluva.org