UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. § 2703(d) | Misc. No. 10GJ3793<br>No. 1:11DM3<br>No. 1:11EC3 |

### ORDER

Upon consideration of the motion to withdraw appearance of Benjamin T. Siracusa Hillman, it is hereby ORDERED that the motion is granted.

SO ORDERED this 26 day of August, 2011.

/s/
Liam O'Grady
United States District Judge