UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| IN RE APPLICATION OF THE | ) | |
| UNITED STATES OF AMERICA | ) | MISC. NO. 10GJ3793 |
| FOR AN ORDER PURSUANT TO | ) | No. 1:11DM3 |
| 18 U.S.C. § 2703(d) | ) | No. 1:11EC3 |

## **ORDER**

The Court having considered the motion of the United States, filed August 29, 2011, to continue the motions hearing in this matter now scheduled for September 2, 2011, at 9:00 a.m., having been advised that counsel for the parties consent to such motion, and having found good cause for such continuance, it is hereby ORDERED that the motions hearing currently scheduled for September 2, 2011, at 9:00 a.m., is continued, and re-scheduled for _____, 2011, at _____.

So ordered this _____ day of _____, 2011.