IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. § 2703(d) | Misc. No. 1:11-DM-3<br>No. 10-GJ-3793<br>No. 1:11-EC-3 |

## ORDER

THIS MATTER came before the Court on Petitioners' Objections to rulings issued by United States Magistrate Judge Theresa Carroll Buchanan (Docs. 45, 58, 64). Upon consideration of the parties' submissions, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Petitioners' Objection to Magistrate Judge Buchanan's March 11, 2011 Order Denying Motion to Vacate and Denying in Part Motion to Unseal (Doc. 45) and Petitioners' Objection to Magistrate Judge Buchanan's June 1, 2011 Order on Public Docketing (Doc. 64) are hereby **DENIED**. It is further

**ORDERED** that Petitioners' Objection to Magistrate Judge Buchanan's May 4, 2011 Order on Public Docketing (Doc. 58) is hereby **DENIED AS MOOT**. It is further

**ORDERED** that the United States shall, on the first business day 180 days from the date of this Order, file under seal and *ex parte* a memorandum showing just cause for the continued sealing of the documents addressed by this Order. The memorandum need not address the issue of public docketing.

The Clerk is directed to forward copies of this Order to all counsel of record.

November 10, 2011
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge