FILED: December 8, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

FILED
DEC - 8 2011
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

No. 11-5151
(1:11-dm-00003-TCB-LO)

In re: APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. SECTION 2703(D)

------------------------------

UNITED STATES OF AMERICA

   Plaintiff - Appellee

v.

JACOB APPELBAUM; ROP GONGGRIJP; BIRGITTA JONSDOTTIR

   Defendants - Appellants

and

TWITTER, INCORPORATED

   Defendant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Court Case Number | 1:11-dm-00003-TCB-LO |

| Date notice of appeal filed in originating court | 11/23/2011 |
|---|---|
| Appellant(s) | JACOB APPELBAUM, ROP GONGGRIJP, BIRGITTA JONSDOTTIR |
| Appellate Case Number | 11-5151 |
| Case Manager | Michael Radday<br>804-916-2702 |