# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

|  |  |  |
|---|---|---|
| | ) | |
| IN RE APPLICATION OF THE | ) | Misc. No. 1:11-DM-3 |
| UNITED STATES OF AMERICA | ) | No. 10-GJ-3793 |
| FOR AN ORDER PURSUANT TO | ) | No. 1:11-EC-3 |
| 18 U.S.C. § 2703(d) | ) | |
| | ) | |

## ORDER

THIS MATTER came before the Court on motion by Petitioners, the Real Parties in

Interest, for a stay and injunction pending appeal of the Court's November 10, 2011 Order. (Dkt.

No. 89.) Upon consideration of the parties' submissions, and for the reasons stated in the

accompanying Memorandum Opinion, it is hereby

**ORDERED** that Petitioners' Motion for Stay and Injunction Pending Appeal (Dkt. No.

89) be and is hereby **DENIED**. Because resolution of this motion requires no argument, the

Clerk shall remove the hearing set for January 13, 2011 from the calendar.

The Clerk is directed to forward copies of this Order to all counsel of record.

January 4 , 2012
Alexandria, Virginia

_____/s/ (O)_____
Liam O'Grady
United States District Judge