IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division



|  |  |
|---|---|
| IN RE: 2073(D) ORDER ) | |
| ) | |
| v.                    ) | Case No: 1:11 EC 3 |
| ) | 1:11 DM 3 |

O R D E R

The court has been made aware of a clerical docketing error.  It is hereby

ORDERED that this court's Order of May 8, 2012, designated as being "under seal" is hereby unsealed and shall be publicly docketed in case 1:11 DM 3.

/s/
Liam O'Grady
United States District Judge

Alexandria Virginia
November 7, 2012