FILED: January 25, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 11-5151
(1:11-dm-00003-TCB-LO-1)
———————————

In re: APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER
PURSUANT TO 18 U.S.C. SECTION 2703(D)

------------------------------

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

JACOB APPELBAUM; ROP GONGGRIJP; BIRGITTA JONSDOTTIR

        Defendants - Appellants

 and

TWITTER, INCORPORATED

        Defendant

———————————

J U D G M E N T
———————————

In accordance with the decision of this court, this appeal is construed as a petition for writ
of mandamus and denied.

/s/ PATRICIA S. CONNOR, CLERK