UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE 2703(D) ORDER | Case No. 1:11 EC 3<br>1:11 DM 3 |

## ORDER

WHEREAS, on November 10, 2011, the Court denied Petitioners' motions to unseal certain pleadings in this case; and

WHEREAS, the Court ordered the United States to file a memorandum showing just cause for the continued sealing of the pleadings at issue (docs. 45, 58, 64, 78, 80 & 82); and

WHEREAS, on May 8, 2012, and November 5, 2012, the Court extended the seal for additional 180-day periods, and

WHEREAS, the United States has timely filed its memorandum and shown just cause for the continued sealing of the documents at issue because, for the reasons stated in the memorandum of the United States, unsealing of the documents at this time would damage an ongoing criminal investigation; it is hereby

ORDERED that the documents at issue (docs. 45, 58, 64, 78, 80 & 82) shall remain sealed. It is further

ORDERED that the United States shall, on the first business day 180 days from the date of this Order, file under seal and *ex parte* a memorandum showing just cause for the continued sealing of the documents addressed by this Order.

The Clerk is directed to forward copies of this Order to all counsel of record.

May 6, 2013
Alexandria, VA

_____
The Honorable Liam O'Grady
United States District Judge